STRATTON & TERSTEGGE COMPANY, Movant, v. SKAGGS, Opposed.

Court of Appeals of Kentucky.

(Decided Nov. 9, 1937.)

GARNER M. PETRIE and WILBUR O. FIELDS for movant.
STANLEY B. MAYER, opposed.
PER CURIAM.
Appeal denied.
Judgment affirmed.

BYRD and HARGIS, Movants, v. TURNER, etc., Opposed.

Court of Appeals of Kentucky.

(Decided Dec. 3, 1937.)

A. H. HARGIS for movants.
MOSS NOBLE and ERVINE TURNER, opposed.
PER CURIAM.
Appeal denied.   Judgment affirmed.

REAL RELIEF ASPIRIN COMPANY, Movant, v. WOOD, Opposed.

Court of Appeals of Kentucky.

(Decided Dec. 17, 1937.)

S. Y. TRIMBLE for movant.
WHITE & CLARK, opposed.
PER CURIAM.
Appeal denied.   Judgment affirmed.